```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| QU WANG,<br><br>      Plaintiff,<br><br>  v.<br><br>FU LEEN MENG RESTAURANT<br>LIMITED LIABILITY COMPANY<br>doing business as<br>FU LEEN MENG, JIAN SHAO,<br>LEWEN SHAO, YAN YING SHAO,<br><br>      Defendants. | 1:16-cv-08772-NLH-AMD<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___23rd___ day of __February__, 2018

ORDERED that Plaintiff's MOTION for Default Judgment as to All Defendants [12] be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiff shall file a supplemental brief concerning damages available under the New Jersey Wage and Hour Law within 15 days of the date of this Order; and it is further

ORDERED that a final judgment shall be entered after the Court's consideration of Plaintiff's supplemental submission.

At Camden, New Jersey

                                          s/ Noel L. Hillman
                                          NOEL L. HILLMAN, U.S.D.J.